UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HECTOR EDUARDO RIVERA-CALDERON,<br><br>　　　　Defendant. | Case No.: 20CR0099-WQH<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

　　Upon motion of the UNITED STATES OF AMERICA (ECF NO. 22), and good cause appearing,

　　IT IS ORDERED that the Information in Criminal Case No. 20CR0099-WQH against defendant HECTOR EDUARDO RIVERA-CALDERON be, and hereby is, dismissed;

　　IT IS SO ORDERED.

Dated: January 30, 2020

　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　United States District Court